**Order entered February 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01722-CV

### IN THE INTEREST OF M.N.B. AND D.M.B., Children

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-09630**

## ORDER

The reporter's record in this case is overdue. By postcard dated December 19, 2013 we notified the Court Reporter that the record was overdue and directed the record be filed within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence from the Court Reporter regarding the status of the reporter's record.

Accordingly, we **ORDER** Court Reporter Glenda Johnson to file, within **FIFTEEN DAYS** of the date of this order either: (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record.

We notify appellant that if we receive verification that no request for the record has been made or that they have not paid for or made arrangements to pay for the reporter's record, the appeal will be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's amended brief is due within thirty days after the reporter's record or required documentation from the Court Reporter is filed.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE